# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 13-05929 |
|---|---|
| Michael Lloyd | |
| Farrah Jackson | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/17/2013.

2) The plan was confirmed on 07/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/09/2015.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,845.71 |
| Less amount refunded to debtor | $499.77 |

**NET RECEIPTS:** $14,345.94

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $612.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,112.36

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN COLLECTION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 619.00 | 1,691.36 | 1,691.36 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 618.00 | 612.64 | 612.64 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,199.92 | 1,199.92 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 7,717.52 | 7,717.52 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,800.00 | 2,530.40 | 2,530.40 | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial SVCS IN | Unsecured | 12,929.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 3,454.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 18,313.02 | 18,313.02 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 3,010.00 | 2,042.09 | 2,042.09 | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,839.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,788.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,758.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,296.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 4,593.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,516.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 931.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 684.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 305.00 | 305.01 | 305.01 | 0.00 | 0.00 |
| FIRST BANK | Unsecured | NA | 618.69 | 618.69 | 0.00 | 0.00 |
| FIRST FINANCIAL PORTFOLIO MGMT | Unsecured | NA | 803.33 | 803.33 | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 5,165.00 | 6,886.46 | 6,886.46 | 0.00 | 0.00 |
| GO FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| GO FINANCIAL | Secured | 7,000.00 | 11,434.72 | 11,434.72 | 9,474.94 | 758.64 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 7,314.00 | 6,783.64 | 6,783.64 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL STATE DISBURSEMENT UNIT | Priority | 5,809.00 | 12,448.04 | 12,448.04 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,132.86 | 1,132.86 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Integrys Energy - PGL | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 476.28 | 476.28 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 513.52 | 513.52 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,384.61 | 1,384.61 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,574.92 | 1,574.92 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 656.00 | 623.59 | 623.59 | 0.00 | 0.00 |
| National Asset MGMT LL | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| National Asset MGMT LL | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| National Asset MGMT LL | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| PCC Community Wellness | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,093.00 | 1,625.64 | 1,625.64 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 435.00 | 434.59 | 434.59 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 436.00 | 436.52 | 436.52 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 2,065.00 | 1,042.48 | 1,042.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 763.01 | 763.01 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 264.00 | 850.18 | 850.18 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,868.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 5,350.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,912.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,609.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 5,468.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,597.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 7,310.00 | 12,732.08 | 12,732.08 | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 7,941.00 | 21,881.95 | 21,881.95 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| United Collect BUR INC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| United Collect BUR INC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| United Collect BUR INC | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 3,597.00 | 28,943.02 | 28,943.02 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $11,434.72 | $9,474.94 | $758.64 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,434.72** | **$9,474.94** | **$758.64** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $12,448.04 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$12,448.04** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$123,919.33** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,112.36 |
| Disbursements to Creditors | $10,233.58 |
| **TOTAL DISBURSEMENTS :** | **$14,345.94** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/02/2015              By: /s/ Tom Vaughn
                                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**